## No. 7718.

### SUSAN M. STINSON, GUARDIAN, VS. B. F. O'NEAL.

On a motion by appellee to dismiss, because of appellant's voluntary execution of the judgment, accompanied by his affidavit of the facts and acts constituting such execution, upon a denial of the same by appellant and counter affidavit, the court

State ex rel. Bennett *vs.* Judge.

will suspend hearing the cause, and will order the lower court to try the question, of acquiescence or execution *vel non*, and send its finding thereon up.

APPEAL from the District Court for Bassier, TURNER, J.

*Hargrove* for Plaintiff Appellant. *Snyder* for Defendant.

DE BLANC, J. The issue raised by the defendant's motion to dismiss, and the opposition thereto can be tried only by the District Court. 29 An. 576; 23 An. 37.

*Ordered accordingly.*